Ex. No. 10796. WILLIAM JAKOBER *v.* PROVIDENCE REDEVELOPMENT AGENCY. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Letts & Quinn,* for petitioner. *Timothy J. McCarthy,* for respondent.

Ex. No. 10797. PAULINE GREENFIELD, *et al. v.* PROVIDENCE REDEVELOPMENT AGENCY. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Jacob J. Alprin,* for petitioners. *Timothy J. McCarthy,* for respondent.

APPEAL No. 25. MARY L. VASTANO *v.* ELVIRA SMITH. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Raul L. Lovett,* for petitioner. *Graham, Reid, Ewing & Stapleton, James J. Jackson,* for respondent.

APPEAL No. 183. R. I. BUILDING WRECKING Co. *v.* FRANK MCCARTHY, *alias* and EMERLINE MCCARTHY, *alias.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Temkin, Merolla & Zurier,* for petitioner. *James F. McCoy,* for respondents.

EQ. No. 3163. RITA H. SYNAN *v.* WILLIAM E. SYNAN. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Raymond A. LaFazia,* for petitioner. *Raymond A. Thomas,* for respondent.

EQ. No. 3182. ADELARD R. LEVESQUE *v.* DEPARTMENT OF EMPLOYMENT SECURITY. Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Grande & Grande,* for petitioner. *Aaron S. Helford,* for respondent.

EQ. No. 3183. JOSEPH S. PUPECKI *v.* DEPARTMENT OF EMPLOYMENT SECURITY. Motion of Court to dismiss for lack of prosecution in compliance with Rule 15 granted. *Grande & Grande,* for petitioner. *Aaron S. Helford,* for respondent.